tion; Oppenheimer, Rosenberg & Kelleher, San Antonio, Tex., of counsel.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Jack H. Weiner, Atty., N.L.R.B., Washington, D. C., Clifford Potter, Reg. Director, Region 23, N.L.R.B., Houston, Tex., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Warren M. Davison, Deputy Asst. Gen. Counsel, Atty., N.L.R.B., for respondent.

Melvin Warshaw, Washington, D. C., Irving Abramson, Ruth Weyand, Washington, D. C., for Int. Union of Electrical Radio & Machine Workers.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

J. D. Quinlivan, Jr., Mobile, Ala., for petitioner-appellant.

William J. Baxley, Atty. Gen. of Ala., David W. Clark, Asst. Atty. Gen., Montgomery, Ala., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Willie Stean LUCY, Petitioner-Appellant,**

v.

**STATE OF ALABAMA, Respondent-Appellee.**

No. 71–2179

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 21, 1971.

**James L. CRAWFORD, Petitioner-Appellee,**

v.

**John WATKINS, as Warden of Draper Correctional Institution, Respondent-Appellant.**

No. 71–1815

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.